# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON C. DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>CORDOVA, et al.,<br><br>    Defendants. | Case No. 1:14-cv-02072 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT<br><br>[ECF No. 12] |

Plaintiff Lavon C. Davis, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 29, 2014.

On April 17, 2014, Plaintiff filed a motion for leave to file an amended complaint. On the same date, Plaintiff filed a First Amended Complaint.

Rule 15(a) of the Federal Rules of Civil Procedure permits a party to amend its pleading once as a matter of course within 21 days of serving it, or 21 days after service of a responsive pleading. In this case, the initial complaint had not yet been screened and served. Accordingly, Plaintiff's First Amended Complaint was filed as a matter of course. Plaintiff's motion for leave to file the amended complaint is thus disregarded as unnecessary.

///

///

///

1

The Court will screen the First Amended Complaint in due course.

IT IS SO ORDERED.

Dated: **April 22, 2015**  /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE