UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON C. DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER CORDOVA, *ET AL.*,<br><br>    Defendants. | Case No. 1:14-cv-02072-RRB<br><br>**DISMISSAL ORDER** |

Plaintiff Lavon C. Davis, a California state prisoner appearing *pro se* and i*n forma pauperis*, brought this civil right action under 42 U.S.C. § 1983 against various officials of the California Department of Corrections and Rehabilitation. The Court dismissed the Complaint, granting Davis leave to file an Amended Complaint by October 9, 2015.[1] In its Order the Court warned Plaintiff that the failure to comply with that Order could result in dismissal of this action without further notice. To date Davis has neither filed an Amended Complaint nor requested additional time within which to so do.

This Court may dismiss for failure to prosecute or failure to comply with a court order or rule *sua sponte*.[2] In so doing, this Court must weigh five factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and

---

[1] Docket 15.

[2] Fed. R. Civ. P. 41(b); *see Hells Canyon Preservation Council v. U. S. Forest Serv.* 403 F.3d 683, 689 (9th Cir. 2005); *Yourish v. California Amplifier*, 191 F.3d 983, 986–87 (9th Cir. 1999).

(5) the public policy favoring disposition of cases on their merits.[3]  In this case, weighing those factors to the extent that they may be applicable, this Court concludes that dismissal without prejudice presents a proper balance among the five factors.

Accordingly, the Complaint on file herein is hereby **DISMISSED** without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED** this 13th day of November, 2015.

S/ RALPH R. BEISTLINE<br>UNITED STATES DISTRICT JUDGE

---

[3] *See Pagtalunan v. Galaza*, 291 F.2d 639, 642 (9th Cir. 2002).